Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD CHRISTI, Individually and on behalf of all others similarly situated, | Case No: |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS** |
| v. | **JURY TRIAL DEMANDED** |
| INOGEN, INC., RAYMOND HUGGENBERGER, AND ALISON BAUERLEIN, | |
| Defendants. | |

Plaintiff Brad Christi, individually and on behalf of all other persons similarly situated, by his undersigned attorneys, alleges in this Complaint the following upon knowledge with respect to his own acts, and upon facts obtained through an investigation conducted by his counsel, which included, inter alia: (a) review and analysis of relevant filings made by Inogen, Inc. ("Inogen" or the "Company") with the United States Securities and Exchange Commission (the "SEC"); (b) review and analysis of Defendants' public documents, conference calls and press releases; (c)

review and analysis of securities analysts' reports and advisories concerning the Company; and (d) information readily obtainable on the Internet.

Plaintiff believes that further substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.  Most of the facts supporting the allegations contained herein are known only to Defendants or are exclusively within their control.

## NATURE OF THE ACTION

1.     This is a federal securities class action on behalf of all persons and entities, other than Defendants, who purchased or otherwise acquired Inogen securities between November 12, 2014 and March 11, 2015, inclusive, (the "Class Period"), seeking to recover damages caused by Defendants' violations of federal securities laws (the "Class").

2.     Inogen is a medical technology company that develops, manufactures, and markets portable oxygen concentrators, which deliver supplemental oxygen therapy to patients suffering from chronic obstructive pulmonary disease and other respiratory conditions.

3.     After trading closed on March 11, 2015, the Company announced that management discovered potential accounting matters, which prompted an internal investigation conducted by the Audit Committee and independent advisors.

4.     On this news, the Company's stock fell $4.24 per share or over 11% from its previous closing price to close at $33.10 per share on March 12, 2015, damaging investors.

## JURISDICTION AND VENUE

5.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. § 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

Class Action Complaint for Violation of the Federal Securities Laws

6. This Court has jurisdiction over the subject matter of this action pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

7. Venue is proper in this Judicial District pursuant to Section 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1391(b) as the Company conducts business and is headquartered in this District.

8. In connection with the acts, conduct and other wrongs alleged herein, defendants either directly or indirectly used the means and instrumentalities of interstate commerce, including but not limited to the United States mails, interstate telephone communications and the facilities of the national securities exchange.

**PARTIES**

9. Plaintiff Brad Christi purchased Inogen common stock during the Class Period and has suffered damages as set forth in the accompanying certification.

10. Inogen is a Delaware corporation headquartered in Goleta, California. It is a medical technology company that develops, manufactures, and markets oxygen concentrators used to deliver long-term oxygen therapy to patients with chronic respiratory conditions. During the Class Period the Company's stock was traded on the NASDAQ Global Select Market ("NASDAQ") under the symbol "INGN."

11. Defendant Raymond Huggenberger ("Huggenberger") has been the Company's Chief Executive Officer ("CEO"), President, and Director at all relevant times.

12. Defendant Alison Bauerlein ("Bauerlein") has been the Company's Chief Financial Officer ("CFO") and Executive Vice President at all relevant times.

13. Defendants Huggenberger and Bauerlein are collectively referred to hereinafter as the "Individual Defendants."

14. Each of the Individual Defendants:

(a) directly participated in the management of the Company;

- 3 -

Class Action Complaint for Violation of the Federal Securities Laws

(b) was directly involved in the day-to-day operations of the Company at the highest levels;

(c) was privy to confidential proprietary information concerning the Company and its business and operations;

(d) was involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein;

(e) was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and

(f) approved or ratified these statements in violation of the federal securities laws.

15. As officers, directors, and controlling persons of a publicly-held company whose common stock is and was registered with the SEC pursuant to the Exchange Act, and was traded on NASDAQ and governed by the provisions of the federal securities laws, the Individual Defendants each had a duty to disseminate accurate and truthful information promptly with respect to the Company's financial condition and to correct any previously-issued statements that had become materially misleading or untrue to allow the market price of the Company's publicly-traded stock to reflect truthful and accurate information.

16. Inogen is liable for the acts of the Individual Defendants and its employees under the doctrine of respondeat superior and common law principles of agency as all of the wrongful acts complained of herein were carried out within the scope of their employment with authorization.

17. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to Inogen under respondeat superior and agency principles.

Class Action Complaint for Violation of the Federal Securities Laws

**SUBSTANTIVE ALLEGATIONS**

**Defendants' Materially False and Misleading Statements During the Class Period**

18.     The Class Period begins on November 12, 2014 when the Company filed a materially false and misleading Form 10-Q for the quarter ended September 30, 2014 (the "2014 3rd Quarter 10-Q") with the SEC, which misstated the Company's financial statements and that its disclosure controls and procedures were effective. Furthermore, it failed to disclose material weaknesses in its internal controls over financial reporting.

19.     The 2014 3rd Quarter 10-Q was signed by Defendants Huggenberger and Bauerlein. Attached to the 2014 3rd Quarter 10-Q were the Sarbanes-Oxley Act of 2002 ("SOX") certifications signed by Defendants Huggenberger and Bauerlein falsely attesting to the accuracy of the 2014 3rd Quarter 10-Q.

**THE TRUTH EMERGES**

20.     After the markets closed on March 11, 2015, the Company issued a press release attached as an exhibit to a Form 8-K filed with the SEC. The press release announced that the Company discovered potential accounting matters prompting an internal investigation. The press release states in relevant part:

GOLETA, Calif., March 11, 2015 (GLOBE NEWSWIRE) -- Inogen, Inc. (INGN), a medical technology company offering innovative respiratory products for use in the homecare setting, today announced that *during the first quarter of 2015 certain potential accounting matters were discovered by management, which prompted the Audit Committee, with the assistance of independent advisors, to commence an internal investigation. The Audit Committee is investigating whether there were any violations of the Company's accounting policies associated with these potential accounting*

- 5 -

*matters*. The Audit Committee has not reached any conclusion because of the investigation, and the Company cannot predict the outcome of the investigation or when it will be completed.

Inogen remains confident in its strategy, top-line growth and profitability and does not believe these matters will impact the Company's previously stated outlook for Fiscal Year 2015 or its long-term business plan. We are unable to comment on Fiscal Year 2014 until the investigation is completed. ***The Company is postponing its fourth quarter and fiscal year 2014 earnings release and conference call, which had been scheduled for March 12, 2015.*** Inogen will announce such results as soon as practicable following the completion of the Audit Committee's investigation.

(Emphasis added)

21.   On this news, the Company's stock fell $4.24 per share or over 11% from its previous closing price to close at $33.10 per share on March 12, 2015, damaging investors.

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**

22.   Plaintiff brings this action as a class action pursuant to Federal Rules of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all persons who purchased securities of Inogen during the Class Period and who were damaged thereby. Excluded from the Class are Defendants, the officers and directors of the Company at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

23.   The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Inogen's common stock was actively traded on NASDAQ. While the exact number of Class members is unknown to

Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds of members in the proposed Class. Members of the Class may be identified from records maintained by Inogen or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice customarily used in securities class actions.

24.     Plaintiff's claims are typical of the claims of the members of the Class, as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

25.     Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

        a.     whether the federal securities laws were violated by Defendants' acts as alleged herein;

        b.     whether the misstatements and omissions alleged herein were made with scienter;

        c.     whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and operations of Inogen; and

        d.     to what extent the members of the Class have sustained damages, and the proper measure of damages.

26.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it

impossible for members of the Class to redress individually the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## Applicability of Presumption of Reliance:
## Fraud on the Market Doctrine

27.    At all relevant times, the market for Inogen common stock was an efficient market for the following reasons, among others:

a.    Inogen's stock met the requirements for listing, and was listed and actively traded on NASDAQ, a highly efficient and automated market;

b.    During the class period, on average, over hundreds of thousands of shares of Inogen stock were traded on a weekly basis, demonstrating a very active and broad market for Inogen and permitting a very strong presumption of an efficient market;

c.    Inogen regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;

d.    Inogen was followed by several securities analysts employed by a major brokerage firm who wrote reports that were distributed to the sales force and certain customers of his/her brokerage firm during the Class Period. Each of these reports was publicly available and entered the public marketplace;

e.    Numerous FINRA member firms were active market-makers in Inogen stock at all times during the Class Period; and

f.    Unexpected material news about Inogen was rapidly reflected and incorporated into the Company's stock price during the Class Period.

- 8 -

Class Action Complaint for Violation of the Federal Securities Laws

28.     As a result of the foregoing, the market for Inogen's common stock promptly digested current information regarding Inogen from all publicly available sources and reflected such information Inogen's stock price. Under these circumstances, all purchasers of Inogen's common stock during the Class Period suffered similar injury through their purchase of Inogen's common stock at artificially inflated prices, and a presumption of reliance applies.

**FIRST CLAIM**
**Violation of Section 10(b) of The Exchange Act**
**and Rule 10b-5 Promulgated Thereunder Against All Defendants**

29.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

30.     During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (1) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (2) cause Plaintiff and other members of the Class to purchase Inogen securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, each of the Defendants took the actions set forth herein.

31.     Defendants: (a) employed devices, schemes, and artifices to defraud; (b) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (c) engaged in acts, practices, and a course of business that operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high market prices for Inogen securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

Class Action Complaint for Violation of the Federal Securities Laws

32.     Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about the business, operations and future prospects of Inogen as specified herein.

33.     These Defendants employed devices, schemes, and artifices to defraud while in possession of material adverse non-public information, and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Inogen value and performance and continued substantial growth, which included the making of, or participation in the making of, untrue statements of material facts and omitting to state material facts necessary in order to make the statements made about Inogen and its business operations and future prospects in the light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business that operated as a fraud and deceit upon the purchasers of Inogen securities during the Class Period.

34.     Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (1) the Individual Defendants were high-level executives, directors, and/or agents at the Company during the Class Period and members of the Company's management team or had control thereof; (2) each of these Defendants, by virtue of his responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's financial condition; (3) each of these Defendants enjoyed significant personal contact and familiarity with the other Defendants and was advised of and had access to other members of the Company's management team, internal reports and other data and information about the

Class Action Complaint for Violation of the Federal Securities Laws

Company's finances, operations, and sales at all relevant times; and (4) each of these Defendants was aware of the Company's dissemination of information to the investing public which they knew or recklessly disregarded was materially false and misleading.

35.     Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such Defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Inogen operating condition and future business prospects from the investing public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and misstatements of the Company's financial condition throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

36.     As a result of the dissemination of the materially false and misleading information and failure to disclose material facts, as set forth above, the market price of Inogen' securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of Inogen' publicly-traded securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the common stock trades, and/or on the absence of material adverse information that was known to or recklessly disregarded by Defendants but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class

- 11 -

Class Action Complaint for Violation of the Federal Securities Laws

acquired Inogen' securities during the Class Period at artificially high prices and were or will be damaged thereby.

37.    At the time of said misrepresentations and omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding Inogen' financial results, which was not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Inogen' securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices that they paid.

38.    By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act, and Rule 10b-5 promulgated thereunder.

39.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

40.    This action was filed within two years of discovery of the fraud and within five years of each plaintiff's purchases of securities giving rise to the cause of action.

**SECOND CLAIM**
**Violation of Section 20(a) of**
**The Exchange Act Against the Individual Defendants**

41.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

42.    The Individual Defendants acted as controlling persons of Inogen within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, agency, ownership and contractual rights, and participation in and/or awareness of the Company's operations and/or intimate knowledge of the false

Class Action Complaint for Violation of the Federal Securities Laws

financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control, and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements that Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to have been misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or to cause the statements to be corrected.

43.    In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

44.    As set forth above, Inogen and the Individual Defendants each violated Section 10(b), and Rule 10b-5 promulgated thereunder, by their acts and omissions as alleged in this Complaint.

45.    By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

46.    This action was filed within two years of discovery of the fraud and within five years of each Plaintiff's purchases of securities giving rise to the cause of action.

Class Action Complaint for Violation of the Federal Securities Laws

**WHEREFORE**, Plaintiff prays for relief and judgment, as follows:

a.      Determining that this action is a proper class action, designating Plaintiff as Lead Plaintiff and certifying Plaintiff as a class representative under Rule 23 of the Federal Rules of Civil Procedure and Plaintiff's counsel as Lead Counsel;

b.      Awarding compensatory damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

c.      Awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

d.      Such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

Dated: March 13, 2015           Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

Class Action Complaint for Violation of the Federal Securities Laws