Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BRAD CHRISTI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOGEN, INC., RAYMOND HUGGENBERGER, AND ALISON BAUERLEIN,<br><br>Defendants. | No. 2:15-cv-01864-SVW-VBK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Stephen V. Wilson |

PLEASE TAKE NOTICE that Plaintiff Bradley Christi ("Plaintiff") files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In support Plaintiff states the following:

1. Defendants have not filed an answer or moved for summary judgment.

2. A class has not been certified.

3. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

This dismissal is without prejudice.

Dated: June 29, 2015           Respectfully submitted,

                               THE ROSEN LAW FIRM, P.A.

                                /s/ Laurence Rosen, Esq.
                               Laurence M. Rosen, Esq. (SBN 219683)
                               355 South Grand Avenue, Suite 2450
                               Los Angeles, CA 90071
                               Telephone: (213) 785-2610
                               Facsimile: (213) 226-4684
                               Email: lrosen@rosenlegal.com
                               Counsel for Plaintiff

Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i)
– No. 2:15-cv-01864-SVW-VBK

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 29, 2015, I electronically filed the **following Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on June 29, 2015.

/s/ Laurence Rosen
Laurence M. Rosen